UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **NICKEL BRIDGE CAPITAL, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-01047 |
| | § | |
| **INTERNATIONAL POWER SERVICES, LLC,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court are Defendant/Counter-Plaintiff International Power Services (IPS) and Defendant Hendrickson's Motion for Summary Judgment (ECF No. 72), Plaintiff/Counter Defendant Nickel Bridge Capital's (NBC) Motion for Partial Summary Judgment (ECF No. 73), and NBC and Third-Party Defendant Jeff Young's Motion for Summary Judgment as to IPS' Claims (ECF No. 75). On July 28, 2025, United States Magistrate Judge Richard W. Bennett issued a Sealed Report and Recommendation ("R&R") in this case, recommending that all three motions for summary judgment be denied (ECF No. 105). NBC and Young filed Objections to the R&R's denial of their motion for summary judgment on IPS' claims (ECF No. 110), and IPS responded (ECF No. 111). IPS and Hendrickson did not object to the R&R.

As required by 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the portions of the R&R to which NBC and Young objected. However, the Court agrees with the conclusions, and the reasoning, of the R&R. Accordingly, the Court hereby **ADOPTS** the R&R and **DENIES** the three pending Motions for Summary Judgment.

**IT IS SO ORDERED.**

Signed at Houston, Texas on September 29, 2025.

                                                                                 Keith P. Ellison
                                                                                 United States District Judge